IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA SUAREZ-TORRES
Plaintiff

vs

VILLA CAMPESTRE, INC.
Defendant

CIVIL 16-2299CCC

## JUDGMENT

Having considered the Stipulation of Dismissal with Prejudice filed by plaintiff María Suárez Torres and defendant Villa Campestre, Inc. (**d.e. 22**) on November 16, 2017, informing that the parties have executed a Confidential Settlement Agreement and Release ("Confidential Agreement"), which is NOTED, it is ORDERED and ADJUDGED that judgment be and is hereby DISMISSING the action, WITH PREJUDICE, pursuant to the terms and conditions of the Confidential Agreement. The Court retains jurisdiction over the Confidential Settlement Agreement and Release for the purposes of enforcing the same.

The pretrial/settlement conference scheduled for today is, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on November 17, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge